Nov. Term,
1845.

Case 1.
7b 593
MORRISON 145 123
v.
CONES.

Saturday,
December 27.

---

### MORRISON v. CONES.

If an administrator be sued for a debt of the intestate, and, after the commencement of the suit, his letters of administration be revoked, he may plead such revocation in bar of the further maintenance of the action.

If such plea be filed before any continuance of the cause, the form, viz., That the plaintiff ought not further, &c., because he (the defendant) says *that since the commencement of the suit*, &c., is proper.

ERROR to the *Hancock* Circuit Court.

Saturday,
December 27.

BLACKFORD, J.—*Joseph Cones* brought an action of debt against *George L. Morrison* and *William Doench*, administrators of the estate of *Edward A. Fanning*, deceased. The suit was founded on a note executed by the intestate.

The declaration was filed on the sixth of *August*, 1841. Before any continuance of the suit, to wit, at the *August* term, 1841, of the Court, and on the 18th of *August*, 1841, *Morrison* pleaded in bar as follows: That the plaintiff ought not further to maintain the action against him, because he says that since the commencement of the suit, and before this day, to wit, on the 10th of *August*, 1841, at, &c., the Probate Court of *Hancock* county revoked and annulled the letters of administration before that time granted by said Probate Court to said *Morrison* of the goods and chattels of *Edward A. Fanning*, deceased; and this he is ready to verify: wherefore he prays judgment if the plaintiff ought further to maintain his action against him. This plea was sworn to by *Morrison*.

General demurrer to the plea, and the demurrer sustained.

Afterwards, *Morrison* made default, and judgment was rendered against him for a certain sum, to be levied of the goods of the intestate, &c.

Nov. Term,
1845.

This judgment is erroneous. If a person sued as administrator of an estate be not such administrator, he may plead in bar of the action that he is not administrator. 2 Phill. Ev. 363. So, in the case before us, after the revocation of the letters of administration, *Morrison* being no longer administrator of *Fanning's* estate, might plead the fact of such revocation in bar of the further maintenance of the action.

The plea being filed before any continuance of the suit, the form, viz., That the plaintiff ought not further, &c., be-. cause he (the defendant) says *that since the commencement of the suit*, &c., is proper.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*W. J. Peaslee, J. Morrison,* and *S. Major,* for the plaintiff.